IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE JOSEPH TAYLOR                                                                       PETITIONER

v.                                       NO. 5:07CV00219 JMM-JFF

RICK TONEY, Warden,
Jefferson County Jail/
Correctional Facility                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. Petitioner has filed a Motion to Amend or Correct his Petition for Writ of Habeas Corpus. In his motion, petitioner has provided the Court with additional documents which he contends were missing from his filed marked copy of this petition. The Court will grant the motion (#7).

After reviewing these additional pleadings, and the record *de novo*, the Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is summarily dismissed without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this   9   day of  October, 2007.

                                                                     /s/ James M. Moody
                                                                     UNITED STATES DISTRICT JUDGE