IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE JOSEPH TAYLOR                                                          PETITIONER

v.                          NO. 5:07CV00219 JMM-JFF

RICK TONEY, Warden,
Jefferson County Jail/
Correctional Facility                                                                RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is summarily dismissed without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

IT IS SO ADJUDGED this    9    day of October , 2007.

UNITED STATES DISTRICT JUDGE